Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022

troutman.com

troutman pepper locke

**Rachelle Pointdujour, Esq.**
D 212.704.6000
Rachelle.Pointdujour@Troutman.com

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
November 16, 2026

November 13, 2026

**VIA ECF**

Honorable Judge Ronnie Abrams
40 Foley Square, Courtroom 1506
New York, New York 10007

**Re: *John Manuel Ramos, Jr. v. Chex Systems, Inc.*, Case No. 1:26-cv-09660**

Your Honor:

This law firm represents Defendant Chex Systems, Inc. ("ChexSystems") in the above referenced matter. We respectfully submit this letter motion requesting the Court's approval to permanently seal Exhibit 1 to ChexSystems' Motion to Dismiss, filed on November 11, 2026, as Dkt. No.8-1 ("Motion to Dismiss"). Enclosed is my declaration in support of this letter motion.

Plaintiff has identified Exhibit 1 as containing confidential information pursuant to Federal Rule of Civil Procedure 5.2(a) and requested that it be withdrawn and re-submitted further redacted. On November 12, 2026, the Court Clerk ECF Help Desk placed an Emergency Seal on Exhibit 8-1 as requested by ChexSystems' counsel.

For these reasons, ChexSystems respectfully request that the Court grant its letter motion to permanently seal Exhibit 1 to the Motion to Dismiss (Dkt. No. 8-1). ChexSystems has filed an amended Exhibit 1 as Dkt. No. 9, which redacts the previously unredacted confidential information pursuant to Federal Rule of Civil Procedure 5.2.

We thank Your Honor for your consideration of this request.

Respectfully submitted,

*/s/ Rachelle Pointdujour*
Rachelle Pointdujour

cc.: Counsel for John Manuel Ramos (via ECF)